LEON G. ROSE, Respondent, *v.* STUKOT UNIVERSAL DEVELOPMENT Co., INC., et al., Appellants.

Submitted April 4, 1949; decided April 14, 1949.

*Edward K. Kennedy* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days from the date of the order appellant serves and files the required undertaking on appeal and pays $10 costs, and, within twenty days from the date of the order, appellant files the required record on appeal, in which events the motion is denied.